# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EUREKA DATABASE SOLUTIONS, LLC, | ) |
| | ) |
| Plaintiff, | )                       RGA |
| | ) C.A. No. 17-cv-01530-~~VAC-CJB~~ |
| v. | ) |
| | ) |
| PANOPTO, INC., | ) |
| | ) |
| Defendant. | ) |

## [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff Eureka Database Solutions, LLC and defendant Panopto, Inc. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff Eureka Database Solutions, LLC and defendant Panopto, Inc. are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and entered into as of March 13, 2018.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

_____
UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE